

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-10-00249-CV

IN RE RICHARD DALE BUSWELL                                     RELATOR

------------

### ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relator's petition should be denied.[2] Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: MCCOY, J.; LIVINGSTON, C.J.; and MEIER, J.

DELIVERED: July 23, 2010

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

[2]The trial court and the district clerk's office have advised this court that they do not have any record that relator has filed a motion for judgment nunc pro tunc. Because relator's motion has never been received by the trial court, Respondent has not been provided an opportunity to rule upon the motion. Presentment of the motion to the trial court is a prerequisite to mandamus relief. *See O'Connor v. First Court of Appeals*, 837 S.W.2d 94, 97 (Tex. 1992).